*B.H. v. CALICA*

**IMPLEMENTATION PLAN TO ADDRESS INVESTIGATION CASELOADS**

**I.     INTRODUCTION**

Paragraph 26(a) of the *B.H.* Consent Decree ("Decree") states that investigators will be assigned no more than 12 new child abuse or neglect investigations per month during nine months of each calendar year, and no more than 15 new abuse or neglect investigations per month during the other three months of the year. Decree ¶ 26(a). Plaintiffs notified DCFS several months ago that the caseloads were substantially out of compliance with the requirements of the Decree in many parts of the State. The new DCFS Director, Richard H. Calica, acknowledged the problem and committed to addressing this serious issue. Pursuant to Paragraph 68(d) of the Decree, the parties have negotiated the following implementation plan, which they now submit for the Court's review and approval. If circumstances change, the parties agree to negotiate in good faith a revised plan.

**II.     THE IMPLEMENTATION PLAN**

    **A.     The Workforce**

DCFS will bring caseloads for new investigations into compliance with *B.H.* standards statewide by January 1, 2013. DCFS has hired 7 new investigators and moved approximately 5 staff into investigator positions. DCFS began to train the newly hired investigators on or about June 25, 2012. DCFS anticipates the movement and training of other workers from within the Department into investigator positions will be completed by December 31, 2012.

By January 1, 2013, the Department will have added and filled approximately 117 new investigator positions. With these additional positions, the Department anticipates that assignments to investigators can be maintained at the levels required by the existing assignment provisions of the Decree.

    **B.     Interim Plan**

Until all new hires and workers from other divisions have successfully completed training, DCFS will do the following to bring caseloads into compliance with *B.H.* standards.

DCFS will hire on an emergency basis retired child protection employees throughout the State. Child protection workers who have retired since January 1, 2010, may be contacted. This contractual emergency hiring process is through the use of emergency contracts as permitted by applicable personnel rules. Emergency contracts with retirees may last for up to sixty (60) calendar days. Each retired employee may enter into only one such emergency contract. Once a retired employee agrees to a contract, background checks will be done. The background check process may take up to fourteen (14) days.

Once the employee's background check is completed and is satisfactory, that individual will be immediately assigned to perform investigations. The Department will repeat this process of recruiting and contracting with retired child protection employees every thirty (30) days. In furtherance of this interim ongoing process of utilizing emergency contracts and in order to maintain a pool of available retirees, current child protection employees who plan to retire in the near future have been and will be asked if they are willing to enter into emergency contracts. The use of these emergency contracts shall continue as permitted by state law and the collective bargaining agreement.

In addition, DCFS will temporarily assign approximately 103 workers who are currently working in non-investigative positions to investigator positions throughout the State. These individuals will be reassigned only if they have appropriate credentials for these investigator positions. There will be one 60-work day temporary assignment period. The temporary assignment period will begin in August 2012. The use of these temporary assignments shall continue as permitted by state law and the collective bargaining agreement.

DCFS will keep Plaintiffs' counsel informed of the emergency hiring and the temporary assignment and the adjusted investigative caseloads for all offices statewide following the implementation of the emergency hiring and temporary assignment. In addition, DCFS will authorize appropriate overtime for those investigators who are currently limited to a 37.5-hour work week.

### C. Data Gathering and Analysis

The Department has redesigned the data collection system for reporting the assignment of new child abuse and neglect investigations. Reports generated using the new data collection system shall be provided on a monthly basis.

Until all positions referenced above have been filled, monthly reports will include, in addition to the number of newly assigned investigations each month, the number of pending investigations by investigator and by team.

The parties will meet monthly to discuss the status of this implementation plan. The parties will provide the Court with an interim report on the status of this implementation plan on or by October 15, 2012.