**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| B.H., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 88 C 5599 |
| v. ) | |
| ) | Judge Jorge L. Alonso |
| GEORGE SHELDON, Acting Director ) | |
| of the Illinois Department of Children and ) | |
| Family Services, ) | |
| ) | |
| Defendant. ) | |

**AGREED ORDER TO MAINTAIN COMPLIANCE WITH CONSENT DECREE**

This case is before the Court on the parties' Joint Emergency Motion to Approve Agreed Order. The parties have advised the Court that the State of Illinois has not yet passed a budget appropriation for the State Fiscal Year beginning on July 1, 2015 (the "FY 2016 budget"). In the absence of a FY 2016 budget appropriation, Defendant will continue to provide all programs, services and personnel required by the Consent Decree (Dkt. #383) and this Court's Supplemental Order to Enforce Consent Decree entered on June 30, 2009 (Dkt. #461). It is the position of the Illinois State Comptroller that, without an appropriation, the Comptroller does not have the authority to continue to make payments for current personnel that are necessary to maintain compliance with the Consent Decree and the Supplemental Order unless specifically ordered to do so by the Court.

In order to maintain compliance with the Consent Decree, IT IS HEREBY ORDERED THAT:

1.    Until the FY 2016 budget takes effect, the Comptroller shall continue to make all payments for all services, all current programs and all personnel, at a level no less than the levels

paid in Fiscal Year 2015, that are necessary to comply with the Consent Decree and Supplemental Order. This order shall remain in effect until the effective date of the FY 2016 budget.

2. Defendant shall publish this Order by (i) posting it on the DCFS website, and (ii) transmitting a copy of the Order to the Illinois Comptroller and to all DCFS personnel, via email where available and by such other additional means as the Defendant employs for communications to the foregoing persons and entities in their usual course of business.

July 7, 2015                                             SO ORDERED

_____
Jorge L. Alonso
United States District Judge