UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

B. H., et al.
                        Plaintiff,

v.                                              Case No.: 1:88−cv−05599
                                                Honorable Jorge L. Alonso

Sterling M Ryder, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 24, 2016:

    MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 6/30/16 at 9:30 a.m. Motion hearing held. Parties' joint notice of resignation of expert panel member and motion to proceed with a two−member expert panel [514] is granted. As discussed in open court, parties shall re−submit their implementation plan to reflect minor clerical revisions and updates by 3/28/16. Parties shall submit a more fully developed version of the implementation plan including additional details by 6/14/16. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.