## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

B. H., et al.

$\qquad$ Plaintiff,

v.

Sterling M Ryder, et al.

$\qquad$ Defendant.

Case No.: 1:88–cv–05599

Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2018:

     MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held and continued to 8/14/18 at 9:00 a.m. Motion hearing held. Parties' proposed stipulation addressing the procedure Defendant's response to requests for information [628] is granted. Plaintiffs' motion to enforce consent decree [576] is entered and continued to 8/14/18 at 9:00 a.m. Defendants' motion to supplement joint submittal discussing dispute resolution [633] is granted. Plaintiffs may submit a list of names for special master by 7/6/18. Defendants' response to that list may be filed by 7/20/18. Parties' next Triannual Interim Status Report shall be filed by 8/29/18. Notices mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.