IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.H., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 88 C 5599 |
| | ) | |
| MARC D. SMITH, Acting Director, | ) | Hon. Jorge L. Alonso |
| Illinois Department of Children and | ) | |
| Family Services, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

1. While youth are in the custody of the Illinois Department of Children and Family Services ("DCFS"), there are occasions in which the youth must be transported from one location to another.

2. It is the policy of DCFS that neither DCFS nor its contractors shall ever use handcuffs and/or shackles for transporting any youth in DCFS care.

3. DCFS is currently developing and finalizing a protocol regarding the above-referenced prohibition and the use of soft restraints (e.g., restraints made of cloth material designed to safely fit around a person's wrist, ankles, or chest) for transporting youth in DCFS care (the "Transportation Protocol").

4. The Transportation Protocol shall provide, among other things, that soft restraints may be used for transporting youth in DCFS care in the following two limited circumstances only: (i) if, based on a youth's mental health needs, a psychiatrist orders the use of restraints for transporting a youth in DCFS care; or (ii) if a court orders the use of restraints for transporting a youth in DCFS care. Further, even in those two limited circumstances, the use of soft restraints

shall not be permitted unless there is a written recommendation by the DCFS Chief Deputy Director, Clinical & Child Services and a written approval by the DCFS Chief Deputy Director.

5. DCFS currently contracts with Jim Stewart Transportation LLC to provide secure transportation for youth in DCFS care. DCFS Chief Deputy Director and DCFS Chief Deputy Director, Clinical and Child Services have contacted Jim Stewart Transportation LLC directly to communicate that the use of handcuffs and/or shackles is prohibited, and to inform the company regarding the restricted use of soft restraints (consistent with the terms of the Transportation Protocol referenced in Paragraphs 3-4 hereof).

6. By December 6, 2019, DCFS shall communicate the Transportation Protocol to all transportation companies with which DCFS has direct contracts for transportation of youth, and to all DCFS and POS agency management and staff.

7. Within two days of the filing of this Stipulation, DCFS shall transmit a copy of this Stipulation to all transportation companies with which DCFS has direct contracts for transportation of youth, and to all DCFS and POS agency management and staff.

8. This Stipulation shall remain in full force and effect until the Transportation Protocol is communicated as set forth in Paragraph 6 hereof.

Dated: <u>November 13, 2019</u>

Respectfully submitted:

KWAME RAOUL
Illinois Attorney General

By: <u>/s/Barbara L. Greenspan</u>
Barbara L. Greenspan
Assistant Attorney General
100 W. Randolph St., 11-200
Chicago, IL  60601
312-814-7087
Barbara.Greenspan@illinois.gov

*Counsel for Defendant*

AND

By: /s/Heidi Dalenberg
Heidi Dalenberg
Allyson M. Bain
Roger Baldwin Foundation of the ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
312-201-9740
hdalenberg@aclu-il.org

*and*

Allison M. Nichols
Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W. Madison Street, Suite 2900
Chicago, IL 60602
Tel: 312-471-8700
anichols@rshc-law.com

*and*

Michael Showalter
Schiff Hardin LLP
Willis Tower, Suite 7100
233 S. Wacker Drive
Chicago, IL 60601
mshowalter@schiffhardin.com

*Counsel for Plaintiffs*