# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: B.H., et al v. Johnson, et al

Case Number: 1:88-cv-05599

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Jessie M. Mahr

Firm: Riley Safer Holmes & Cancila LLP

Street address: 70 W. Madison St., Ste. 2900

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6297095
(See item 3 in instructions)

Telephone Number: (312) 471-8700

Email Address: jmahr@rshc-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you a member of the court's general bar? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| Are you appearing *pro hac vice*? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 5, 2023

Attorney signature: S/ Jessie M. Mahr
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023