UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| B.H., et al., | ) | |
|     Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 88 C 5599 Hon. Jorge L. Alonso |
| MARC D. SMITH, Director, Illinois Department of Children and Family Services, | ) ) ) ) | Judge Presiding |
|     Defendant. | ) ) | |

**AGREED AGENDA**

NOW COME Plaintiffs, by their counsel, and Defendant Marc D. Smith, Director of the Illinois Department of Children and Family Services ("DCFS"), by his attorney Kwame Raoul, Attorney General of the State of Illinois, and, in accordance with the Superseding Implementation Plan (Supplemented) (Dkt. 834-1, p. 34), respectfully submit the following agenda listing the topics the parties and the Expert Panel intend to cover at the status hearing scheduled for February 7, 2024.[1] (Dkt. 837).

    I.    DCFS Leadership Transition

    II.    Investigative Caseloads: The Parties will report on progress related to the Implementation Plan to Address Investigator Caseloads. (Dkt. 750-1). The parties will advise the court on plans for revision and extension of the Plan.

    III.    Superseding Implementation Plan Updates:

        a.    Updates on SIP Implementation Efforts

        b.    Update on Relative Caregivers Certification

        c.    Updates on Statewide Activities

---

[1] In April 2024, in accordance with the reporting schedule included in the Superseding Implementation Plan, DCFS will file an Overarching Outcomes Report, a Progress Report, and an Integration Report. (Doc. 816, pp. 32-33).

Dated:  <u>January 24, 2024</u>                                    Respectfully submitted,

                                                                    KWAME RAOUL
                                                                    Illinois Attorney General

                                                                    By: /s/Barbara L. Greenspan
                                                                    Barbara L. Greenspan
                                                                    Assistant Attorney General
                                                                    115 S. LaSalle St.
                                                                    Chicago, IL  60603
                                                                    312-814-7087
                                                                    Barbara.Greenspan@illinois.gov

                                                                    *Counsel for Defendant*

                                                                    AND

                                                                    Heidi Dalenberg
                                                                    Roger Baldwin Foundation
                                                                    of the ACLU, Inc.
                                                                    150 N. Michigan Ave., Suite 600
                                                                    Chicago, IL 60601
                                                                    312-201-9740
                                                                    hdalenberg@aclu-il.org

                                                                    *Counsel for Plaintiffs*


Approved:                                                            /s/Mark Testa
                                                                    Mark Testa, Ph.D.
                                                                    B.H. Expert Panel Member

                                                                    /s/Marci White
                                                                    Marci White
                                                                    B.H. Expert Panel Member

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, deposes and states that a copy of the **Agreed Agenda** was served upon counsel of record by electronic filing this 24th day of January 2024. The Expert Panel listed below, who are not ECF filers, were served by email on January 24, 2024.

                                                                           s/Barbara L. Greenspan
                                                                                  Attorney

Marci White, MSW
mwhitedcr@gmail.com

Mark Testa
School of Social Work
University of North Carolina at Chapel Hill
325 Pittsboro St., CB#3550
Chapel Hill, NC 27516
mtesta@email.unc.edu