UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| B.H., et al., )<br>)<br>  Plaintiffs, )<br>)<br>   v. )<br>)<br>HEIDI E. MUELLER, Director, )<br>Illinois Department of Children and )<br>Family Services, )<br>)<br>  Defendant. ) | No. 88 C 5599<br>Hon. Jorge L. Alonso<br>Judge Presiding |

## AGREED AGENDA

NOW COME Plaintiffs, by their counsel, and Defendant Heidi E. Mueller, Director of the Illinois Department of Children and Family Services ("DCFS"), by her attorney Kwame Raoul, Attorney General of the State of Illinois, and, in accordance with the Superseding Implementation Plan (Supplemented) (Dkt. 834-1, p. 34), respectfully submit the following agenda listing the topics the parties and the Expert Panel intend to cover at the status hearing scheduled for July 24, 2024.[1] (Dkt. 850).

I.  Extended and Revised Investigator Caseload Implementation Plan

II. Development of Support Positions for B.H. Executive Administrator

III. Update on how parties are focusing on achieving progress for the goals of the SIP

    A. Guardianship

    B. Maltreatment in Care

Dated: July 11, 2024

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

By: /s/Barbara L. Greenspan

---

[1] In October 2025, in accordance with the reporting schedule included in the Superseding Implementation Plan, DCFS will file an Overarching Outcomes Report, a Progress Report, and an Integration Report. (Doc. 816, pp. 32-33).

        Barbara L. Greenspan
Assistant Attorney General
115 S. LaSalle St.
Chicago, IL 60603
312-814-7087
Barbara.Greenspan@illinois.gov

*Counsel for Defendant*

AND

Heidi Dalenberg
Roger Baldwin Foundation
of the ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
312-201-9740
hdalenberg@aclu-il.org

*Counsel for Plaintiffs*

Approved:

/s/Mark Testa
Mark Testa, Ph.D.
B.H. Expert Panel Member

/s/Marci White
Marci White
B.H. Expert Panel Member

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, deposes and states that a copy of the **Agreed Agenda** was served upon counsel of record by electronic filing this 11th day of July 2024. The Expert Panel listed below, who are not ECF filers, were served by email on July 11, 2024.

                                                       s/Barbara L. Greenspan
                                                                  Attorney

Marci White, MSW
mwhitedcr@gmail.com

Mark Testa
School of Social Work
University of North Carolina at Chapel Hill
325 Pittsboro St., CB#3550
Chapel Hill, NC 27516
mtesta@email.unc.edu